BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HECTOR GOMEZ-RODRIGUEZ, )<br>)<br>Defendant. )<br>_____) | Case No. 01:03-CR-05306 OWW<br><br>MOTION AND ORDER TO DISMISS<br>INDICTMENT |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and IAN L. GARRIQUES, Assistant United States Attorney, hereby seek leave of court and move to dismiss the indictment in this case without prejudice, as to the above-named defendant, in the interest of justice.

DATED: January 14, 2011                    Respectfully submitted,
                                           BENJAMIN B. WAGNER
                                           United States Attorney

                                       By: /s/ Ian L. Garriques
                                           IAN L. GARRIQUES
                                           Assistant U.S. Attorney

1

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

**Dated:   January 18, 2011**             /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE